**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                                                           Chapter 7
                                                      Case No.: 6:18-bk-04063-KSJ

**YULISA ESTHER SANCHEZ**,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **PLANET HOME LENDING, LLC, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIX TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 22nd day of August, 2018.**

                                                  Respectfully submitted,

                                                  **GHIDOTTI | BERGER, LLP**
                                                  *Attorneys for Secured Creditor*
                                                  3050 Biscayne Blvd. - Suite 402
                                                  Miami, Florida 33137
                                                  Telephone: (305) 501.2808
                                                  Facsimile: (954) 780.5578

                                                  By:    /s/ Chase A. Berger
                                                           Chase A. Berger, Esq.
                                                           Florida Bar No. 083794
                                                           cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Yulisa Esther Sanchez**
12647 Indiana Woods Lane
Orlando, FL 32824

*Debtor's Counsel*
**Walter F. Benenati, Esq.**
2702 E. Robinson Street
Orlando, FL 32803

*Trustee*
**Arvind Mahendru**
5703 Red Bug Lake Road - Suite 284
Winter Springs, FL 32708

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Chase A. Berger
Chase A. Berger, Esq.