**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                             Chapter 7
                                          Case No.: 6:18-bk-04063-KSJ

**YULISA ESTHER SANCHEZ**,

     Debtor.
_____/

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Chase A. Berger, Esq. ("Berger") and Berger Firm, P.A. filed a Notice of Appearance filed on July 23, 2018 [D.E. 7].  Berger has filed a subsequent Notice of Appearance [D.E. 11] in this case.

**Dated:  August 22, 2018.**

                                          Respectfully Submitted,

                                          /s/ Chase A. Berger
                                          Chase A. Berger
                                          Fla. Bar No. 083794
                                          cberger@ghidottiberger.com
                                          **GHIDOTTI | BERGER, LLC**
                                          3050 Biscayne Boulevard -Suite 402
                                          Miami, FL 33137
                                          Telephone: (305) 501.2808
                                          Facsimile: (954) 780.5578

*Case No.: 6:18-bk-04063-KSJ*

## **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:  /s/ Chase A. Berger
        Chase A. Berger, Esq.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| *Debtor* | *Debtor's Counsel* |
|---|---|
| **Yulisa Esther Sanchez** | **Walter F. Benenati, Esq.** |
| 12647 Indiana Woods Lane | 2702 E. Robinson Street |
| Orlando, FL 32824 | Orlando, FL 32803 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Arvind Mahendru** | **United States Trustee - ORL7/13** |
| 5703 Red Bug Lake Road - Suite 284 | Office of the United States Trustee |
| Winter Springs, FL 32708 | George C Young Federal Building |
| | 400 West Washington Street, Suite 1100 |
| | Orlando, FL 32801 |

By:  /s/ Chase A. Berger
        Chase A. Berger, Esq.